**98–2193. State ex rel. DeJute v. Ohio Adult Parole Auth.**
In Prohibition. *Sua sponte,* cause dismissed.
   MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–2205. State ex rel. Thomas v. Ohio Adult Parole Auth.**
In Prohibition. *Sua sponte,* cause dismissed.
   MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–2206. State ex rel. Felver v. Ohio Adult Parole Auth.**
In Prohibition. *Sua sponte,* cause dismissed.
   MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–2217. State ex rel. Ambrosia v. Ohio Adult Parole Auth.**
In Prohibition. *Sua sponte,* cause dismissed.
   MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–2234. Wright v. Summit Cty. Jail.**
In Habeas Corpus. *Sua sponte,* cause dismissed.
   MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–2236. State ex rel. Knott v. Ohio Adult Parole Auth.**
In Prohibition. *Sua sponte,* cause dismissed.
   MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–2250. State ex rel. Zeigler v. Ohio Adult Parole Auth.**
In Prohibition. *Sua sponte,* cause dismissed.
   MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–2312. State ex rel. Haynes v. Ohio Adult Parole Auth.**
In Prohibition. *Sua sponte,* cause dismissed.
   MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**98–2319. State ex rel. Chappell v. Ohio Adult Parole Auth.**
In Prohibition. *Sua sponte,* cause dismissed.
   MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.